**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01317-CV

## IN RE ERNESTO CASTILLO, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-17721**

### ORDER
Before Justices Schenck, Reichek, and Carlyle[1]

Based on the Court's opinion of this date, we **STRIKE** relator's December 22, 2022 Petition for Writ of Mandamus, including the Appendix thereto, and **DISMISS** this proceeding.

/s/    AMANDA L. REICHEK
        JUSTICE

---

[1] Justice Carlyle not participating.